# EXHIBIT A

**Ruben Martinez Site ID 3315502 Stone Bridge at Kelsey Park Screening 07-20-16 Disclaimers**

Suits & Judgments for Eviction, Possession and/or Non-Payment of Rent Report **No eviction filings and/or judgments found for this applicant**
LeasingDesk Inquiries Consumer inquiries over the last 12 months

Important information

TeleCheck Report
Criminal Disclosure
Eviction Report

**Eviction report -** Important information RealPage, Inc. obtains the information contained in this Eviction report from independent court record collection services and not from any national credit bureau. Thus, the information in this report does not come from the subject's credit bureau file.

This report was generated by a computer matching of name and/or name and address(es) only. Social Security numbers do not appear in the court records and cannot be used to generate Eviction reports. Thus, you will need to take further steps to assure yourself that the individual identified in this report is the same individual who has applied for residency at your community. While the chance of a "false positive" is lower where there is a unique name match and address match, it is important in all cases to work with your applicant to confirm or disprove the match. The information contained in this report must be treated in a highly confidential manner as required by the Applicant Screening Agreement. **This report is furnished subject to the Warranty Disclaimer and Damage Limitations set forth in the Applicant Screening Agreement.** Click here to view applicable sections of the OneSite System Applicant Screening Agreement.

**TeleCheck report** - Important information RealPage, Inc. provides no warranty hereunder and customer accepts the EvictNet report and related services as is. No warranty shall be created by, and no obligation or liability shall arise from RealPage, Inc's provision of Eviction Link or related services or other information to customer hereunder, and customer waives any such warranty, express or implied, including without limitation, any warranty of merchantability, fitness for particular purpose (including time of performance) or non-infringement.

**Criminal report** - Important information RealPage, Inc. obtains the information contained in this criminal background report from independent public records collection services and not from any national credit bureau. Thus, the information in this report does not come from the subject's credit bureau file.

It is extremely important that you understand the inherent limitations of the public records upon which this report is based. Reporting agencies do not report in a uniform manner, so there will be important differences from agency to agency. In some jurisdictions, only three or fewer years of data may be available, while in others seven years or more of data may be covered. For various reasons, these records may not be complete, accurate and/or current. Thus, an individual may have been convicted of a crime that does not appear in the public records upon which this report is based. In addition, it is important to understand that this report was generated by a computer matching both the name and date of birth which means a record is not returned if the date of birth is missing. This report searches jurisdictions based on the location of the apartment community, the input address of the applicant, previous addresses returned by the credit bureau, and any manually selected search requested by the user. Social Security numbers generally do not appear in the public records and cannot be used to generate criminal background reports. Thus, you will need to take further steps to assure yourself that the individual identified in this report is the same individual who has applied for residency at your community. In order for you to assure yourself that this report has not produced a 'false positive,' it is important to work with your applicant to confirm or disprove the match of the criminal record. The information contained in this report must be treated in a highly confidential manner as required by the Applicant Screening Agreement. **This report is furnished subject to the Warranty Disclaimer and Damage Limitations set forth in the RealPage standard Applicant Screening Agreement.** Click here to view applicable sections of the OneSite System Applicant Screening Agreement.

There is presently no accessible universal database of criminal records. Thus, the criminal records reported by RealPage, Inc. reflect only the records which have been reported by certain courts or certain other public agencies. The criminal records reported by RealPage, Inc. do NOT reflect all records from all courts or all other public agencies, but from the courts or agencies listed on the report. In addition, in certain cases, some criminal data, such as misdemeanors or cases that have not yet reached a final disposition, may not be included in the records upon which RealPage, Inc. bases its reports. Criminal information may contain traffic violations.

Courts and other reporting agencies issue updated records on various schedules. RealPage, Inc. purchases updated records on a regular basis. However, for various reasons, the records of a particular jurisdiction may not be completely current or completely accurate. For more information on the updating of the records upon which RealPage, Inc. bases its reports, each record displays an effective date of the information in the body of the record (see the Comments field in the above Jurisdictions searched table).

In compliance with California Civil Code 1785.13 (a)(6), RealPage, Inc. excludes from certain consumer reports records of arrest, indictment, information, misdemeanor complaint, or conviction of a crime that, from the date of disposition, release, or parole, antedate the report by more than seven years. These items of information shall no longer be reported if at any time it is learned that in the case of a conviction a full pardon has been granted, or in the case of an arrest, indictment, information, or misdemeanor complaint a conviction did not result.

REALPAGE 000077

**Disclosure from Jurisdiction Returning Results:**

| | |
|---|---|
| **Wisconsin Sex Offender Registry** | Begin Date: undefined  End Date: 07/09/2016<br>This data is as of the above date. The Wisconsin Department of Corrections sex offender registry was established in June 1997 due to the enactment of Wisconsin Act 440 - Wisconsin Statutes 301.45 and 301.46. This law requires registration of individuals who have been convicted of certain sexual offenses. By law, the registry generally contains information on those individuals who were convicted of, incarcerated, or on supervision for a sex offense on or after December 25, 1993. It is not a list of every person who has ever committed, been arrested for, or convicted of a sex offense. If a person has not been convicted of a qualifying offense, or if information has not been submitted about that person, information about that person may not be included in the registry. The information contained in the registry will not reflect the entire criminal history of a particular individual. DOC has not considered or assessed the specific risk of re-offense with regard to any registrant prior to the registrants' inclusion within this registry. Individuals are included in the registry solely by virtue of their conviction record and state law. DISCLAIMER: Accuracy of Information: DOC updates this information regularly to ensure that the registry is as accurate and current as possible. However, you are cautioned that the information can change quickly, and may not reflect the current status or other information regarding the registrant. Each registrant submits registry information, and sometimes the information provided is not accurate. Instead of providing the date of birth, this jurisdiction provides the age of the offender. A match occurs when the date of birth in the inquiry falls within the range of one year back and the current year less the age of the person in the record. DOC cannot guarantee the accuracy of this information. The Wisconsin Department of Corrections is not responsible for any errors or omissions produced by secondary dissemination of this information. WARNING: It is not the intent of the Legislature that this information be used to injure, harass, or commit a criminal act against persons named in the registry, their families, or employers. Anyone who takes any criminal action against these registrants, including vandalism of property, verbal or written threats of harm or physical assault against these registrants, their families or employers is subject to criminal prosecution. Pictures may be included so be sure to use for positive I.D. |

applicable sections of the OneSite System Applicant Screening Agreement. ***Separately attached***

REALPAGE 000078