# EXHIBIT B

30(b)(6)

```
 1        IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
 2                 SHERMAN DIVISION

 3  RUBEN MARTINEZ, JR.,    )
                            )
 4        Plaintiff,        )
                            ) CIVIL ACTION
 5  VS.                     ) NO.: 4:16-CV-00349-ALM
                            )
 6  REALPAGE, INC.,         )
                            )
 7        Defendant.        )

 8

 9      ----------------------------------

10        30(b)(6) ORAL DEPOSITION OF

11            REALPAGE, INC.

12       BY AND THROUGH DEBRA STOCKTON

13            JANUARY 19, 2017

14              VOLUME 1

15      ----------------------------------

16

17   ORAL DEPOSITION OF REALPAGE, INC., produced as a

18  witness at the instance of the PLAINTIFF, and duly sworn,

19  was taken in the above-styled and numbered cause on

20  January 19, 2017, from 10:52 a.m. to 4:00 p.m., via

21  videoconference, before Kim A. McCann, CSR in and for the

22  State of Texas, reported by machine shorthand, at the

23  Renaissance Dallas Richardson Hotel, 900 E. Lookout

24  Drive, Richardson, Texas, pursuant to the Federal Rules

25  of Civil Procedure.
```

1  we have the response itself.

2      Q.  The court reporter has it.

3          (Exhibit 2 was marked.)

4      A.  Okay.  I have the documents.

5      Q.  Okay.  Exhibit 2, that's the
6  RealPage's Responses to Plaintiff's First Set of
7  Interrogatories, correct?

8      A.  Correct.

9      Q.  Would you turn to page 4.

10     A.  Okay.

11     Q.  And in that first paragraph, there's
12  a quotation.  Let's see.  Go down one, two,
13  three, four, five -- six lines.

14         And this is information that RealPage
15  is stating about the Wisconsin Sex Offender
16  Registry, correct?

17     A.  This and -- this language is
18  contained in the -- can I look at the page
19  before?

20         MR RAETHER:  Yeah.

21     Q.  Sure.

22     A.  Yeah.  So this is language that's
23  contained with a disclosure that goes along with
24  the consumer report.

25     Q.  That's right.  But there wasn't any

1  disclosure that went along with the consumer
2  report to Stonebridge, was there?
3      A. Yes, there is.
4      Q. But you just said the consumer report
5  is the four pages that's contained on pages 2
6  through 5?
7      A. So there's a hyperlink.  So if you'll
8  look on page 5.
9      Q. Yes.
10     A. Highlighted in green there's a
11 disclosure from jurisdictions returning results.
12     Q. I see that.
13     A. And so that's what this is referring
14 to.
15     Q. Okay.
16     A. And so if the client clicks on that,
17 they would see something that contains this
18 language.
19     Q. All right.  They would have to click
20 on it to see, correct?
21     A. That's correct.
22     Q. I think the point I wanted to make
23 was in this paragraph on page 4 of the
24 supplemental response, you state:  "Instead of
25 providing the date of birth, this jurisdiction