# EXHIBIT C

| | |
|---|---|
| National Wanted Terrorist/Fugitive Database | |
| Disclosure From Jurisdictions Returning Results | |

Suits & Judgments for Eviction, Possession and/or Non-Payment of Rent Report**No eviction filings and/or judgments found for this applicant**

| 3315502 | Stonebridge At Kelsey Park | 10847 |
|---|---|---|