UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RUBEN MARTINEZ, JR. | § § § | |
| v. | § § § | Civil Action No. 4:16-cv-00349<br>Judge Mazzant |
| REAL PAGE, INC. | § | |

### NOTICE OF SETTLEMENT

Plaintiff Ruben Martinez, Jr. ("Plaintiff"), by and through his undersigned counsel, hereby respectfully notifies the court that Plaintiff and Defendant Real Page, Inc. have settled their dispute in principle. Once the settlement is consummated, said parties intend to file a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (TX Bar No.: 24088777)
**THE ADKINS FIRM, P.C.**
2 Perimeter Park South
Suite 405 E
Birmingham, Alabama 35243
Telephone: (205) 206-6718
Facsimile: (205) 208-9632
Email:
MicahAdkins@ItsYourCreditReport.com

Robert S. Sola (admitted *pro hac vice*)
Oregon Bar No. 844541
Email: rssola@msn.com
**ROBERT S. SOLA, P.C**.
1500 SW First Avenue, Suite 800
Portland, Oregon 97201
Telephone: (503) 295-6880

Facsimile: (503) 243-4546
Email: rssola@msn.com

Clark B. Will (TX Bar No. 21502500)
**THE LAW OFFICE OF CLARK B. WILL, P.C.**
Of Counsel to Kilgore & Kilgore, PLLC
3109 Carlisle
Dallas, TX 75204
Telephone:    214.379.0834
Facsimile:    214.379.0838
Email:        cbw@kilgorelaw.com

## Certificate of Service

I certify that on September 26, 2017, I served the foregoing paper by filing the same with the Clerk of the Court using the CM/ECF System, which will send electronic notice of same to the following counsel of record:

Larry A. Phillips
SIEBMAN, BURG, PHILLIPS & SMITH LLP
Sherman Federal Courthouse Square
300 North Travis Street
Sherman, Texas 75090

Jessica R. Lohr
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, California 92130

Ronald I. Raether, Jr.
Jonathan Yee
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, California 92614

Stephen C. Piepgrass
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122

*/s/ Micah S. Adkins*
Micah S. Adkins